UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONY L. FORD,

    Petitioner,

v.   Case No.:  8:10-cv-2818-T-24TBM
                                      8:05-cr-44-T-24TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## O R D E R

This cause is before the Court upon Petitioner Ford's motion to appeal the denial of his § 2255 motion in forma pauperis.  (CV Doc. No. 7).  In the order denying his § 2255 motion, the Court stated that it denied leave to appeal in forma pauperis.  (CV Doc. No. 4).  Accordingly, the instant motion to appeal in forma pauperis is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of January, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Petitioner